UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILING GUAN, *individually and on behalf of all other employees similarly situated*,

                        Plaintiff,

                  -v.-

LASH PRINCESS 56 INC., *d/b/a LASH PRINCESS 56, d/b/a LASH PRINCESS*; OSCAR LIN; and QINYU LIU, *a/k/a ULA LIU*,

                        Defendants.

22 Civ. 2552 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On June 16, 2022, the Court ordered Plaintiff Liling Guan to file either a brief in opposition to Defendants Lash Princess 56 Inc., Oscar Lin, and Qinyu Liu's motion to dismiss or an amended complaint on or before June 29, 2022. (Dkt. #16). The Court further explained that, if Plaintiff elected to file an amended complaint, the Court would deny Defendants' motion as moot. (*Id.*). Plaintiff thereafter filed an amended complaint on June 27, 2022. (Dkt. #21).[1] Accordingly, Defendants' pending motion to dismiss is DENIED as moot.

Defendants are hereby ORDERED to file a letter stating whether they intend to move to dismiss Plaintiff's amended complaint or to file an answer on or before **July 15, 2022**.

The Clerk of Court is directed to terminate the motion at docket entry 11.

---

[1] Due to docketing errors, Plaintiff's amended complaint was initially rejected on June 27, 2022, and June 28, 2022. (*See* Dkt. #18, 20). Plaintiff successfully docketed the operative version of the amended complaint on June 29, 2022. (Dkt. #21).

SO ORDERED.

Dated: June 30, 2022
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge