UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILING GUAN, *individually and on behalf of all other employees similarly situated*,

                Plaintiff,

-v.-

LASH PRINCESS 56 INC., *d/b/a LASH PRINCESS 56*, *d/b/a LASH PRINCESS*; OSCAR LIN; and QINYU LIU, *a/k/a ULA LIU*,

                Defendants.

22 Civ. 2552 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On April 3, 2023, the Court determined that it would permit the Law Offices of Chen & Associates to withdraw as counsel for Defendants once Defendants filed an answer to the Second Amended Complaint. (Dkt. #41). The Court has now received that filing. (Dkt. #43). Accordingly, the Chen firm's motion to withdraw as counsel for Defendants is GRANTED effective today. The Court thanks the firm for their work on this matter to date.

    The parties are reminded that their deadline to file a joint letter and proposed case management plan is **May 5, 2023**. (*See* Dkt. #41).

    The Clerk of Court is directed to terminate Yimin Chen and Runyu Hu from the docket as counsel of record for Defendants.

    SO ORDERED.

Dated:  April 10, 2023
           New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge