**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Liling Guan, individually and on behalf of all other employees similarly situated,

Plaintiffs,

vs.

Lash Princess 56 Inc. d/b/a Lash Princess 56 d/b/a Lash Princess, Lash Princess 57 Inc. D/B/A Lash Moment Studio D/B/A Lash Princess, Oscar Lin a/k/a Lim Chin Yong, and Qinyu Liu a/k/a Ula Liu,

Defendants.

Civil Action No.: 1:22-cv-02552-KPF

**[PROPOSED] DEFAULT JUDGMENT**

## <u>JUDGMENT</u>

On March 29, 2022, this action was commenced by Plaintiff's filing of the Complaint. (ECF No. 1). The summons and complaint in this action have been duly served on the above-named Defendants Lash Princess 56 Inc. d/b/a Lash Princess 56 d/b/a Lash Princess, Oscar Lin a/k/a Lim Chin Yong, and Qinyu Liu a/k/a Ula Liu. On June 29, 2022, the First Amended Complaint was filed electronicallyon ECF. Defendants Lash Princess 56 Inc. d/b/a Lash Princess 56 d/b/a Lash Princess, Oscar Lin a/k/a Lim Chin Yong, and Qinyu Liu a/k/a Ula Liu were served by ECF. On March 14, 2023, the Second Amended Complaint was filed electronically on ECF. (ECF No. 21). Defendants Lash Princess 56 Inc. d/b/a Lash Princess 56 d/b/a Lash Princess, Oscar Lin a/k/a Lim Chin Yong, and Qinyu Liu a/k/a Ula Liu were served by ECF. (ECF No. 39). On April 7, 2023, Defendants Lash Princess 56 Inc. d/b/a Lash Princess 56 d/b/a Lash Princess, Oscar Lin a/k/a Lim Chin Yong, and Qinyu Liu a/k/a Ula Liu filed Answer. (ECF No. 43). On April 10, 2023, this Court granted Defendants' counsel's Motion to Withdraw as Attorney filed on April 1, 2023, Doc. #40. (ECF No. 44). *Pro Se* defendants Lash Princess 56 Inc. d/b/a Lash Princess 56

d/b/a Lash Princess, Oscar Lin a/k/a Lim Chin Yong, and Qinyu Liu a/k/a Ula Liu's failure to otherwise defend this action rendered this Court to order Plaintiff to initite default proceedings. (ECF No. 46).

The summons and second amended complaint in this action have been duly served on the above-named Defendants Lash Princess 57 Inc. D/B/A Lash Moment Studio D/B/A Lash Princess, and said Defendant has failed to pled or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by her attorneys Hang & Associates, PLLC, it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff has judgment against the Defendants Lash Princess 56 Inc. d/b/a Lash Princess 56 d/b/a Lash Princess, Lash Princess 57 Inc. D/B/A Lash Moment Studio D/B/A Lash Princess, Oscar Lin a/k/a Lim Chin Yong, and Qinyu Liu a/k/a Ula Liu, joint and severally, in the amount of $43,432.50, including compensatory damages and permissible liquidated damages and prejudgment interest, plus post judgment interest as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded attorneys' fees in the amount of $52,000.00 and costs in the amount of $863.00,

That the Plaintiff is awarded pre-judgment interest, at the rate of 9% from July 5, 2021, until the entry of judgment in the amount of $2,710.64, as provided in N.Y.C.P.L.R. §§ 5001, 5004.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: _____

_____
Katherine Polk Failla (U.S.D.J.)