UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILING GUAN, *individually and on behalf of all other employees similarly situated*,

                      Plaintiff,

                    -v.-

LASH PRINCESS 56 INC., *d/b/a LASH PRINCESS 56, d/b/a LASH PRINCESS*; LASH PRINCESS 57 INC., *D/B/A LASH MOMENT STUDIO, D/B/A LASH PRINCESS*; OSCAR LIN, *a/k/a LIM CHIN YONG*; and QINYU LIU, *a/k/a ULA LIU*,

                    Defendants.

22 Civ. 2552 (KPF)

**DEFAULT JUDGMENT**

KATHERINE POLK FAILLA, District Judge:

    On March 29, 2022, this action was commenced by Plaintiff's filing of a complaint. (Dkt. #1). The summons and complaint were then duly served on Defendants Lash Princess 56 Inc. d/b/a Lash Princess 56 d/b/a Lash Princess; Oscar Lin a/k/a Lim Chin Yong; and Qinyu Liu a/k/a Ula Liu (together, the "Original Defendants"). (Dkt. #7). On June 29, 2022, the First Amended Complaint was filed electronically on this Court's electronic case filing ("ECF") system, and served on the Original Defendants. (Dkt. #21). On March 14, 2023, the Second Amended Complaint was filed electronically on ECF, and served on the Original Defendants. (Dkt. #39). On April 7, 2023, the Original Defendants filed an Answer. (Dkt. #43). On April 10, 2023, this Court granted the Original Defendants' counsel's Motion to Withdraw as Attorney filed on April 1, 2023. (Dkt. #40, 44). The Original Defendants were given an opportunity to retain new counsel (or, for the individual defendants, to proceed

*pro se*), but they did neither.  Instead, the Original Defendants failed to defend this action, prompting Plaintiff to initiate default proceedings.  (Dkt. #46).

On July 3, 2023, the summons and the Second Amended Complaint in this action were duly served on Defendant Lash Princess 57 Inc. D/B/A Lash Moment Studio D/B/A Lash Princess (Dkt. #57), and that Defendant has also failed to plead or otherwise defend in this action.

The Clerk of Court having issued Certificates of Default noting the default of each such Defendant (Dkt. #52, 64),

NOW, on motion of Plaintiff, by her attorneys Hang & Associates, PLLC, it is hereby ORDERED, ADJUDGED, AND DECREED:

That the Plaintiff has judgment against the Defendants Lash Princess 56 Inc. d/b/a Lash Princess 56 d/b/a Lash Princess; Lash Princess 57 Inc. D/B/A Lash Moment Studio D/B/A Lash Princess; Oscar Lin a/k/a Lim Chin Yong; and Qinyu Liu a/k/a Ula Liu, jointly and severally, in the amount of $43,432.50 in damages and penalty fees plus $2,710.64 in pre-judgment interest, for a total of **$46,143.14**, plus post-judgment interest as provided in 28 U.S.C. § 1961(a),

That the Plaintiff is further awarded attorneys' fees in the amount of **$41,600.00** and reimbursable costs in the amount of **$863.00**,

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of

judgment shall automatically increase by fifteen percent, as required by New York Labor Law § 198(4).

    SO ORDERED.

Dated:  October 31, 2023
         New York, New York

                                    KATHERINE POLK FAILLA
                                    United States District Judge